FILED

08 FEB 22 PM 3:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

unsealed 3-6-08 ajw

SECRET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMOND ANDREW DIZON (1),<br>aka Andy,<br>KARL DELEON MURRAH (2),<br>Defendant. | Criminal Case No. '08 CR 0508 BEN<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Youssef Mustapha Habhab, Criminal Case No. 08CR0404-BEN.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

ajc 2