AO 442 #1453521

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

~~SECRET~~ Unsealed 03-06-08

08 MAR 27 AM 9:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA
V.
Ramond Andrew Dizon (1)

WARRANT FOR ARREST

CASE NUMBER: 08cr0508 BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ramond Andrew Dizon (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

Count 1 21:846 and 841(a)(1); 21:853(a) and 853(p) - Conspiracy to Distribute Cocaine; Criminal Forfeiture
Count 3 21:841(a)(1) and 18:2; 21:853(a) and 853(p) - Possession with Intent to Distribute Cocaine and Aiding and Abetting; Criminal Forfeiture

RECEIVED
2008 FEB 25 A 11:32
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title See Above United States Code, Section(s)

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| (signature) | February 25, 2008 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ______ by The Honorable William McCurine, Jr.

Name of Judicial Officer

DATE 3/6/08
ARRESTED BY DEA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY (signature)

RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "Z" 3530

DEA - OCDETF "SW-CAS #435"

OPERATION MR. CLEAN

AUSA TIM SALEL -