SCOTT PACTOR
California State Bar No. 216629
110 W. C st. Ste. 2108
San Diego, CA. 92101

*Attorney for Defendant Ramond Andrew Dizon*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RAMOND ANDREW DIZON,<br><br>Defendant | Date: April 21st, 2008<br>Time: 2: 00 P.M.<br>Case No.: 08cr0508-RTB<br><br>**Notice of Motion and Motion for Discovery, Leave to File Further Motions** |

**TO: Karen Hewitt, United States Attorney for the District of Arizona and Tim Salel, Assistant United States Attorney**

Please be advised that on April 21st, Mr. Dizon, by and through counsel will ask the court to issue an order granting the motions listed below.

//

//

**Motions**

The accused, Andy Dizon, by and through his attorney, Scott Pactor, hereby files the attached motions based on the facts and law related to this case. They are as follows:

1. Motion for Discovery
2. Leave to File Further Motions

Mr. Dizon's motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and the Constitution of the United States of America that may come to the Court's attention at the time of the hearings on these motions.

Dated this 9th April 2008

/s Scott Pactor

Scott Pactor
Attorney for
Andy Dizon(9)

//

//

//

//

//

//

//

//

//