**CERTIFICATE OF SERVICE**

I, Scott Pactor, hereby certify to the best of my information and belief that by having e-filed the "MOTION FOR DISCOVERY" I have caused a copy of each to have been served via electronic mail upon the following:

Asst United States Tim Sales – Efile.dkt.gc2@usdoj.gov
Victor Torres- lawforvatos@yahoo.com

Respectfully Submitted,

/s Scott Pactor
Scott Pactor
Attorney for
Andy Tran