**JAMES FITZPATRICK**
**Attorney at Law**
**State Bar No. 125313**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101-6036**
**Tel: (619) 238-9910**
**FAX: 238-9914**

Attorney for Defendant
Ramond Andrew Dizon

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAMOND ANDREW DIZON, Defendant(s). | Case No. 08-CR-00508-BEN **SUBSTITUTION OF ATTORNEY** |

Defendant, RAMOND ANDREW DIZON, hereby substitutes JAMES M.V. FITZPATRICK, 101 West Broadway, Suite 1950, San Diego, CA 92101-6036, telephone (619) 234-3422, as Attorney of Record in place and stead of Scott Pactor, Esq.

DATED: 6-19-08

**RAMOND ANDREW DIZON**

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 6/19/08

**SCOTT PACTOR**

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

Dated: 6/30/08

LAW OFFICES OF JAMES M.V. FITZPATRICK

JAMES M. V. FITZPATRICK
Substituted Attorney for
Ramond Andrew Dizon