**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I electronically filed Substitution of Attorney with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: June 25, 2008

*/s/James M.V. Fitzpatrick*
JAMES M.V. FITZPATRICK, ESQ.
Attorney for Defendant