**JAMES M.V. FITZPATRICK**
**California State Bar No. 125313**
**101 West Broadway, Suite 1950**
**San Diego, California 92101-6036**
**Telephone: (619) 234-3422**
**Fax: (619) 234-3163**

Attorney for Defendant
Ramond Andrew Dizon

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMOND ANDREW DIZON,<br>Defendant. | Criminal Case No. 08-cr-00508-BEN<br>**JOINT MOTION TO MODIFY TRAVEL** |

**COMES NOW** the defendant RAMOND ANDREW DIZON, through his counsel, JAMES M.V. FITZPATRICK, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, KAREN P. HEWITT, United States Attorney, and TIMOTHY SALEL, Assistant United States Attorney, and jointly move the court that the conditions of Supervised Release previously set for defendant be modified as follows:

That the travel restriction for defendant RAMOND ANDREW DIZON be enlarged to permit the defendant to travel to Seattle Washington beginning on Wednesday, July 16, 2008 through Saturday, July 19, 2008 to accompany his girlfriend's to her grandmother's funeral. Defendant Dizon will be staying at her relatives home located in Seattle Washington.

/////
/////
/////

Mr. Dizon has informed the United States Pre-Trial Services officer, Tisha Garcia in San Diego and she has no objection to the Request made herein. Defendant is in compliance with all other terms and conditions of his Supervised Release and has not suffered any violations.

This stipulation acknowledges that the Assistant United States Attorney has no objection to the modification and enlargement of defendant's travel, as set forth above.

Dated: July 15, 2008

/s/*Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Ramond Andrew Dizon

Dated: July 15, 2008

UNITED STATES OF AMERICA

/s/*Timothy Salel*
TIMOTHY SALEL
Assistant U.S. Attorney