**JAMES M.V. FITZPATRICK**
**California State Bar No. 125313**
**101 West Broadway, Suite 1950**
**San Diego, California 92101-6036**
**Telephone: (619) 234-3422**
**Fax: (619) 234-3163**

Attorney for Defendant
Ramond Andrew Dizon

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAMOND ANDREW DIZON,<br>Defendant. | Criminal Case No. 08-cr-00508-BEN<br>**JOINT MOTION TO MODIFY TRAVEL** |

**COMES NOW** the defendant RAMOND ANDREW DIZON, through his counsel, JAMES M.V. FITZPATRICK, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, KAREN P. HEWITT, United States Attorney, and TIMOTHY SALEL, Assistant United States Attorney, and jointly move the court that the conditions of Supervised Release previously set for defendant be modified as follows:

That the travel restriction for defendant RAMOND ANDREW DIZON be enlarged to permit the defendant to travel to Las Vegas, Nevada, beginning on Friday, August 8, 2008 and returning Tuesday, August 12, 2008 to visit with family and to attend his grandfather's 79th year old birthday party. Defendant Dizon will be staying at his relatives home located in Las Vegas, Nevada.

/ / / / /

/ / / / /

Mr. Dizon has informed the United States Pre-Trial Services officer, Tisha Garcia in San Diego and she has no objection to the Request made herein. Defendant is in compliance with all other terms and conditions of his Supervised Release and has not suffered any violations.

This stipulation acknowledges that the Assistant United States Attorney has no objection to the modification and enlargement of defendant's travel, as set forth above.

Dated: August 4, 2008

/s/*Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Ramond Andrew Dizon

Dated: August 4, 2008

UNITED STATES OF AMERICA

*/s/Timothy Salel*
TIMOTHY SALEL
Assistant U.S. Attorney