# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed Defendants Joint Motion to Travel with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: August 4, 2008

*/s/James M.V. Fitzpatrick*
JAMES M.V. FITZPATRICK, ESQ.
Attorney for Defendant