**JAMES M. V. FITZPATRICK**
**Attorney at Law**
**California State Bar No. 125313**
**101 W. Broadway, Suite 1950**
**San Diego, California 92101**
**Telephone: (619) 234-3422**
**Fax: (619) 234-3163**

**Attorney for Defendant**
Ramond Andrew Dizon

FILED
08 AUG -7 AM 10: 42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAYMOND ANDREW DIZON,<br>Defendant. | Case No. 08-CR-00508-BEN<br><br>**ORDER TO TRAVEL** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, based upon the foregoing Motion, that the travel restrictions previously set for defendant RAYMOND ANDREW DIZON in the above-entitled cause be modified and enlarged to permit the defendant to travel to Las Vegas, Nevada on Friday, August 8, 2008 through Tuesday, August 12, 2008.

DATED: 8/06/08

HON. ROGER T. BENITEZ
U.S. DISTRICT JUDGE